**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-2058**

———————

TORINA A. COLLIS,

             Plaintiff - Appellant,

        v.

BANK OF AMERICA, NATIONAL ASSOCIATION,

             Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, Senior District
Judge.  (8:06-cv-01346-PJM)

———————

Submitted:  January 19, 2010        Decided:  January 26, 2010

———————

Before NIEMEYER, KING, and DAVIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Torina A. Collis, Appellant Pro Se.   Elena D. Marcuss,
MCGUIREWOODS, LLP, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Torina A. Collis filed a civil action alleging she was terminated in violation of the whistleblower provisions of the Sarbanes-Oxley Act, 18 U.S.C.A. § 1514A (West Supp. 2009). Collis appeals the district court's order granting summary judgment, for reasons stated from the bench, in favor of the Defendant. Accordingly, we affirm. See Livingston v. Wyeth, Inc., 520 F.3d 344, 351 (4th Cir. 2008) (discussing elements needed to establish a retaliation claim under the Act). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2